■ In the Matter of ADOLF HITTNER, as Administrator of the Estate of BEATRICE HITTNER, Deceased, Respondent, against CITY OF NEW YORK, Appellant. — Appeal from so much of an order granting respondent's motion for reargument as upon reargument granted respondent leave to file a notice of claim for conscious pain and suffering, pursuant to subdivision 5 of section 50-e of the General Municipal Law. Order insofar as appealed from unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Intermediate Accounting of AMANDA F. KADEL, as Executrix of JOHN KADEL, Deceased, Appellant. JOSEPH F. GILLIS, Respondent. — Appeal from an order of the Surrogate's Court, Westchester County, which denied appellant's motion to amend her petition by striking therefrom the name of respondent as a party and directed that appellant issue a supplemental citation to one Hoffmann. Order affirmed, with $10 costs and disbursements to appellant and respondent, payable out of the estate. No opinion. Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur. [16 Misc 2d 254.]

■ In the Matter of MORRIS S. KITZEN, Appellant, against TEMPORARY STATE HOUSING RENT COMMISSION, Respondent. — In a proceeding to review a determination which denied a protest to an order of a local rent administrator granting a certificate of eviction, the appeal is from an order granting respondent's motion to dismiss the petition pursuant to section 1293 of the Civil Practice Act, after the Special Term had dismissed the petition in a prior proceeding to review the same determination. Order unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.